THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA L. ASHBY, | CASE NO. C18-1655-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's unopposed motion to extend the time to file a reply in support of her § 2255 petition (Dkt. No. 16). The motion is GRANTED. Petitioner shall file her reply in support of her § 2255 petition by May 3, 2019. The Clerk is DIRECTED to re-note the Government's answer to Petitioner's § 2255 petition (Dkt. No. 11) to May 3, 2019.

DATED this 3rd day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1655-JCC
PAGE - 1