THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA L. ASHBY, | CASE NO. C18-1655-JCC |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on Petitioner's motion for a judicial recommendation for transfer to home confinement (Dkt. No. 37). Petitioner is currently serving a 54-month sentence imposed for a non-violent drug offense. (*See id.* at 2.) Her projected release date with full credit for good conduct time is February 1, 2021. (*See id.*)

Petitioner asks the Court to recommend to the Bureau of Prisons that she be transferred to home confinement to serve the remainder of her sentence pursuant to the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, the Second Chance Act of 2007, and 18 U.S.C. § 3621. (*See generally id.*) The parties' briefing recognizes that the Bureau of Prisons retains sole authority to transfer Petitioner to home confinement, (*id*. at 1–2, Dkt. No. 38 at 1–2), and the Government describes the Bureau of Prisons' efforts to minimize the spread of the coronavirus and to screen and transfer those inmates eligible for home confinement, (Dkt. No. 38 at 5–7).

The Court declines to intrude upon the Bureau of Prisons' statutory mandate to determine whether Petitioner is eligible for a transfer to home confinement. Accordingly, Petitioner's motion for a judicial recommendation for transfer to home confinement (Dkt. No. 37) is DENIED.

DATED this 12th day of May 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

C18-1655-JCC
PAGE - 2