THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA ASHBY, | CASE NO. C18-1655-JCC |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

This matter comes before the Court on Petitioner's motion to dismiss (Dkt. No. 41). The Court hereby GRANTS Petitioner's motion and DISMISSES this case. The Clerk is directed to CLOSE this case.

DATED this 30th day of June 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1655-JCC
PAGE - 1